

09-CV-01181-CERT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON LANNING, | ) |
| Petitioner, | ) Case No. C09-1181-JLR |
| v. | ) |
| | ) **ORDER OF DISMISSAL** |
| PAT GLEBE, Superintendent, | ) |
| Respondent. | ) |

The Court, having reviewed petitioner's 28 U.S.C. § 2254 amended petition for writ of habeas corpus (Dkt. 8), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's amended petition for writ of habeas corpus (Dkt. 8) is DENIED and this action is DISMISSED with prejudice;

(3) The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Brian A. Tsuchida.

DATED this 18th day of December, 2009.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL – 1